

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

February 7, 2024

No. 04-24-00037-CR

**IN RE** Karl **KEENE**, Relator

Original Proceeding[1]

PER CURIAM

Sitting:    Patricia O. Alvarez, Justice
           Luz Elena D. Chapa, Justice
           Lori I. Valenzuela, Justice

Delivered and Filed: February 7, 2024

PETITION FOR WRIT OF MANDAMUS DENIED

On January 19, 2024, relator filed a petition for writ of mandamus. After considering the petition, this court concludes relator is not entitled to the relief sought.[2] Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Case No. 115928, styled *State of Texas vs. Karl Keene*, pending in the 437th Judicial District Court of Bexar County, Texas, the Honorable Joel Perez presiding.
[2] The petition also contains allegations and requests for relief that could be deemed an application for a writ of habeas corpus. This court has no jurisdiction to consider such an application or to grant the requested relief. *See* TEX. CODE CRIM. PROC. arts. 11.07, 11.08.